RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/6/09
BY _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| RICKY DARNELL GRAY<br>Louisiana Prisoner #91096<br>VS. | CIVIL ACTION NO. 09-0163<br><br>SECTION P<br><br>CHIEF JUDGE JAMES |
| WARDEN AVOYELLES CORRECTIONS CENTER | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 6 day of November, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE